# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131206

TACCARA KENNEDY,
      Plaintiff-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131206
COA: 259453
Wayne CC: 04-400795-NF

_____/

On order of the Court, the application for leave to appeal the April 6, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Cameron v Auto Club Insurance Ass'n* (Docket No. 127018), 476 Mich 55 (2006).

WEAVER, J., would grant leave to appeal to reconsider *Cameron v Auto Club Insurance Ass'n* (Docket No. 127018), 476 Mich 55 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

p1023

Clerk